UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
March 28, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)   Case No.  2:06-mj-88 KJM
            Plaintiff, )
v. )   ORDER FOR RELEASE OF
)   PERSON IN CUSTODY
Brian Chan, )
)
_____ )
            Defendant.

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Brian Chan Case No. 2:06-mj-88 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __   Release on Personal Recognizance

   __   Bail Posted in the Sum of _____

      X   $25,000 Unsecured Appearance Bond

      __   Appearance Bond with 10% Deposit

      __   Appearance Bond secured by Real Property

      __   Corporate Surety Bail Bond

      X   (Other) PTS conditions/supervision

   Issued at  Sacramento, CA   on 3/28/06   at 3:05 p.m.

                                          By _____
                                             Kimberly J. Mueller
                                             United States Magistrate Judge